IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DELRAE MCKENZY SMITH                                                                   PLAINTIFF

v.                                           Civil No. 4:14-cv-04126

LT. ADAMS, *et al*.                                                                   DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed January 30, 2017, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 47). Judge Bryant recommends that the Court grant Defendants' Motions for Summary Judgment (ECF Nos. 34, 37). No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, Defendants' Motions for Summary Judgment (ECF Nos. 34, 37) are **GRANTED** and Plaintiff's Complaint is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 23rd day of February, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge